**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| 2:17-cv-0783 | 2:21-cv-4141 | 2:22-cv-1694 |
| 2:19-cv-1041 | 2:21-cv-4294 | 2:22-cv-1783 |
| 2:20-cv-0522 | 2:21-cv-4378 | 2:22-cv-1850 |
| 2:20-cv-1037 | 2:21-cv-4588 | 2:22-cv-1938 |
| 2:20-cv-3151 | 2:21-cv-4731 | 2:22-cv-2022 |
| 2:20-cv-3154 | 2:21-cv-4843 | 2:22-cv-2029 |
| 2:20-cv-3156 | 2:21-cv-5143 | 2:22-cv-2048 |
| 2:20-cv-4527 | 2:21-cv-5416 | 2:22-cv-2055 |
| 2:20-cv-6018 | 2:21-cv-5470 | 2:22-cv-2089 |
| 2:20-cv-6172 | 2:21-cv-5866 | 2:22-cv-2758 |
| 2:20-cv-6403 | 2:22-cv-0101 | |
| 2:21-cv-0924 | 2:22-cv-0184 | |
| 2:21-cv-1460 | 2:22-cv-0438 | |
| 2:21-cv-1577 | 2:22-cv-0453 | |
| 2:21-cv-3426 | 2:22-cv-0477 | |
| 2:21-cv-3644 | 2:22-cv-0861 | |
| 2:21-cv-3936 | 2:22-cv-1302 | |
| 2:21-cv-4027 | 2:22-cv-1477 | |
| 2:21-cv-4121 | 2:22-cv-1591 | |

## **NOTICE**

**In light of the COVID-19 pandemic, the parties and mediators are ENCOURAGED to attempt mediation via telephone or videoconference.**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **October 2022**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm on September 1, 2022** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio